UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE PARKER,

    Petitioner,

-against-

SUPT. LEROY FIELDS JR.,

    Respondent.

20-CV-0421 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 21, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed without prejudice as prematurely filed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 21, 2020
       New York, New York

                                          COLLEEN McMAHON
                                       Chief United States District Judge